Ernest Calderón (# 007677)
April M. Hamilton (#026328)
RIDENOUR, HIENTON & LEWIS, P.L.L.C.
201 North Central Avenue, Suite 3300
Phoenix, Arizona 85004-1052
(602) 254-9900
ecalderon@rhlfirm.com
ahamilton@rhlfirm.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Gregory Martinez, Sr., an individual, on behalf of himself and the statutory beneficiaries of Gregory Martinez, Jr., deceased, and as personal representative of the Estate of Gregory Martinez, Jr.; Marisol Martinez, an individual; Gregory Martinez, Sr. and Marisol Martinez, parents and guardians ad litem for and on behalf of I.M., M.M., and L.M., their minor children,<br><br>       Plaintiffs,<br><br>vs.<br><br>City of Avondale, a municipality organized under the laws of the State of Arizona; Kevin Sapp, in his individual and official capacities as a police officer with the City of Avondale Police Department; Albert Bates, in his individual and official capacities as a police officer with the City of Avondale Police Department; Robert Clement, in his individual and official capacities as a police officer with the City of Avondale Police Department; Christopher Beckett, in his individual and official capacities as a police officer with the City of Avondale Police Department; Reginald Sayles, in his individual and official capacities as a police officer with the City of Avondale Police Department; Michael Unger, in his individual and official capacities as | No. CV-12-1837-PHX-LOA<br><br>**FIRST AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF ROGER CLARK**<br><br>(Time Only)<br><br>(Assigned to: Hon. Lawrence O. Anderson) |

a police officer with the City of Avondale Police Department; Edward Toxqui, in his individual and official capacities as a police officer with the City of Avondale Police Department; Raymond Harris, in his individual and official capacities as a police officer with the City of Avondale Police Department,

        Defendants.

**YOU ARE HEREBY NOTIFED** that, pursuant to **Rules 26 and 30**, *Federal Rules of Civil Procedure*, the deposition will be taken upon oral examination of the persons whose names and addresses are stated below and videotaped at the time and place stated below before an officer authorized by law to administer oaths. If the names are not known, a general description sufficient to identify those persons or the particular classes or groups to which those persons belong is given below.

**PERSONS TO BE EXAMINED:**    Roger Clark
    c/o Joel B. Robbins

**DATE AND TIME OF DEPOSITION:**    **September 27, 2013 at 11:00 a.m.**

**PLACE OF DEPOSITION:**    Duckor Spradling Metzger & Wynn
    3043 Fourth Avenue
    San Diego, CA  92013
    (619) 209-3000

DATED this 15th day of August 2013.

    RIDENOUR, HIENTON & LEWIS, P.L.L.C.

    By /s/ April M. Hamilton
    Ernest Calderón
    April M. Hamilton
    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 15, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Joel B. Robbins
ROBBINS & CURTIN, P.L.L.C.
301 E. Bethany Home Road, Suite B-100
Phoenix, Arizona 85012

       /s/ Colette Averill
        Colette Averill

- 3 -