Ernest Calderón (# 007677)
April M. Hamilton (#026328)
RIDENOUR, HIENTON & LEWIS, P.L.L.C.
201 North Central Avenue, Suite 3300
Phoenix, Arizona 85004-1052
(602) 254-9900
ecalderon@rhlfirm.com
ahamilton@rhlfirm.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Gregory Martinez, Sr., an individual, on behalf of himself and the statutory beneficiaries of Gregory Martinez, Jr., deceased, and as personal representative of the Estate of Gregory Martinez, Jr.; Marisol Martinez, an individual; Gregory Martinez, Sr. and Marisol Martinez, parents and guardians ad litem for and on behalf of I.M., M.M., and L.M., their minor children, <br><br> Plaintiffs, <br><br> vs. <br><br> City of Avondale, a municipality organized under the laws of the State of Arizona; Kevin Sapp, in his individual and official capacities as a police officer with the City of Avondale Police Department; Albert Bates, in his individual and official capacities as a police officer with the City of Avondale Police Department; Robert Clement, in his individual and official capacities as a police officer with the City of Avondale Police Department; Christopher Beckett, in his individual and official capacities as a police officer with the City of Avondale Police Department; Reginald Sayles, in his individual and official capacities as a police officer with the City of Avondale Police Department; Michael Unger, in his individual and official capacities as | No. CV-12-1837-PHX-LOA <br><br> **NOTICE OF SERVICE OF DEFENDANTS' EIGHTH SUPPLEMENTAL DISCLOSURE STATEMENT** <br><br> (Assigned to: Hon. Lawrence O. Anderson) |

a police officer with the City of Avondale Police Department; Edward Toxqui, in his individual and official capacities as a police officer with the City of Avondale Police Department; Raymond Harris, in his individual and official capacities as a police officer with the City of Avondale Police Department,

Defendants.

Defendants City of Avondale, Kevin Sapp, Albert Bates, Robert Clement, Christopher Beckett, Reginald Sayles, Michael Unger, Edward Toxqui, and Raymond Harris, by and through counsel undersigned, and pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, hereby give notice that they served upon counsel for Plaintiffs the Defendants' Eighth Supplemental Disclosure Statement in this matter via U.S. Mail on August 20, 2013. Defendants expressly reserve the right to supplement these disclosures in accordance with the Federal Rules of Civil Procedure during the course of discovery and further investigation, as additional information becomes known and/or available.

RESPECTFULLY SUBMITTED this 20th day of August, 2013.

RIDENOUR, HIENTON & LEWIS, P.L.L.C.

By /s/ April M. Hamilton
Ernest Calderón
April M. Hamilton
Attorneys for Plaintiff

396601

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Joel B. Robbins
Anne E. Findling
ROBBINS & CURTIN, P.L.L.C.
301 E. Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
*Attorneys for Plaintiffs*

/s/ Colette Averill

396601

3