Ernest Calderón (# 007677)
April M. Hamilton (#026328)
RIDENOUR, HIENTON & LEWIS, P.L.L.C.
201 North Central Avenue, Suite 3300
Phoenix, Arizona 85004-1052
(602) 254-9900
ecalderon@rhlfirm.com
ahamilton@rhlfirm.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Gregory Martinez, Sr., an individual, on behalf of himself and the statutory beneficiaries of Gregory Martinez, Jr., deceased, and as personal representative of the Estate of Gregory Martinez, Jr.; Marisol Martinez, an individual; Gregory Martinez, Sr. and Marisol Martinez, parents and guardians ad litem for and on behalf of I.M., M.M., and L.M., their minor children,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Avondale, a municipality organized under the laws of the State of Arizona; Kevin Sapp, in his individual and official capacities as a police officer with the City of Avondale Police Department,<br><br>Defendants. | No. CV-12-1837-PHX-LOA<br><br>**FIRST AMENDED NOTICE OF DEPOSITION OF BARRIE WAGNER**<br><br>(Time Only)<br><br>(Assigned to: Hon. Lawrence O. Anderson) |

**YOU ARE HEREBY NOTIFED** that, pursuant to **Rules 26 and 30**, *Federal Rules of Civil Procedure*, the deposition will be taken upon oral examination of the persons whose names and addresses are stated below and place stated below before an officer authorized by law to administer oaths.  If the names are not known, a general description sufficient to identify those persons or the particular classes or groups to which those persons belong is given below.

| | |
|---|---|
| **PERSONS TO BE EXAMINED:** | Barrie Wagner<br>c/o Joel B. Robbins |
| **DATE AND TIME OF DEPOSITION:** | **September 16, 2013 at 10:00 a.m.** |
| **PLACE OF DEPOSITION:** | Ridenour, Hienton & Lewis, P.L.L.C.<br>201 North Central Avenue, Suite 3300<br>Phoenix, Arizona 85004 |

DATED this 29th day of August 2013.

                                                 RIDENOUR, HIENTON & LEWIS, P.L.L.C.


                                       By  */s/ April M. Hamilton*
                                             Ernest Calderón
                                             April M. Hamilton
                                             Attorneys for Plaintiff


## **CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

                              Joel B. Robbins
                        ROBBINS & CURTIN, P.L.L.C.
               301 E. Bethany Home Road, Suite B-100
                      Phoenix, Arizona 85012

                              */s/ Colette Averill*
                              Colette Averill