Ernest Calderón (# 007677)
April M. Hamilton (#026328)
RIDENOUR, HIENTON & LEWIS, P.L.L.C.
201 North Central Avenue, Suite 3300
Phoenix, Arizona 85004-1052
(602) 254-9900
ecalderon@rhlfirm.com
ahamilton@rhlfirm.com
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Gregory Martinez, Sr., an individual, on behalf of himself and the statutory beneficiaries of Gregory Martinez, Jr., deceased, and as personal representative of the Estate of Gregory Martinez, Jr.; Marisol Martinez, an individual; Gregory Martinez, Sr. and Marisol Martinez, parents and guardians ad litem for and on behalf of I.M., M.M., and L.M., their minor children, | No. CV-12-1837-PHX-LOA |
| Plaintiffs, | **DEFENDANT'S MOTION FOR CONTEMPT** |
| vs. | (Assigned to: Hon. Lawrence O. Anderson) |
| City of Avondale, a municipality organized under the laws of the State of Arizona; Kevin Sapp, in his individual and official capacities as a police officer with the City of Avondale Police Department; Albert Bates, in his individual and official capacities as a police officer with the City of Avondale Police Department; Robert Clement, in his individual and official capacities as a police officer with the City of Avondale Police Department; Christopher Beckett, in his individual and official capacities as a police officer with the City of Avondale Police Department; Reginald Sayles, in his individual and official capacities as a police officer with the City of Avondale Police Department; Michael Unger, in his individual and official capacities as | |

a police officer with the City of Avondale Police Department; Edward Toxqui, in his individual and official capacities as a police officer with the City of Avondale Police Department; Raymond Harris, in his individual and official capacities as a police officer with the City of Avondale Police Department,

Defendants.

Pursuant to Federal Rule of Civil Procedure 45(e), Defendants move the Court for an order holding Sharon Jenny Nunez-Sepulveda in contempt for failure to comply with the subpoena issued and duly served upon Ms. Nunez-Sepulveda personally on August 7, 2013 at 8:07 p.m. at 8124 W. Whitton Avenue, Phoenix, Arizona, 85033. A copy of the subpoena and affidavit of service is attached hereto as Exhibit 1.  In addition to the subpoena, Ms. Nunez-Sepulveda was served with a Notice of Videotaped Deposition, a copy of which is attached hereto as Exhibit 2, and a check in the amount of $47.77 for her travel expenses, a copy of which is attached hereto as Exhibit 3.  Ms. Nunez-Sepulveda cashed the check.  See Exhibit 3. The deposition was set for September 25, 2013 at 9:00 a.m.

Ms. Nunez-Sepulveda failed to appear for the deposition, failed to object to the subpoena, and failed to correspond with either Plaintiffs' or Defense counsel's offices regarding any scheduling issues related to the deposition.  Please see September 25, 2013 deposition transcript attached hereto as Exhibit 4. Additionally, undersigned counsel understands that, prior to Defendants issuing the subpoena, Plaintiffs' counsel's office made several attempts to contact Ms. Nunez-Sepulveda via telephone to no avail and all requests to schedule her deposition were ignored by Ms. Nunez-Sepulveda.  We understand that Ms. Nunez-Sepulveda was in contact with Plaintiffs' counsel's office in the time since she failed to appear at her deposition.  She has not contacted the

undersigned counsel's office to re-schedule.  Undersigned counsel will continue to work with Plaintiffs' counsel and Ms. Nunez-Sepulveda to reschedule the deposition.

Rule 45(e) provides that a person served with a subpoena that fails, without adequate excuse, to obey a subpoena may be held in contempt.  Accordingly, Defendants request this Court hold Ms. Nunez-Sepulveda in contempt, require her compliance to the subpoena, and award sanctions to include attorneys' fees and costs in seeking this Motion.

RESPECTFULLY SUBMITTED this 7th day of October, 2013.

                              RIDENOUR, HIENTON & LEWIS, P.L.L.C.

                            By /s/ Ernest Calderón
                                 Ernest Calderón
                                 April M. Hamilton
                                 Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Joel B. Robbins
Anne E. Findling
ROBBINS & CURTIN, P.L.L.C.
301 E. Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
*Attorneys for Plaintiffs*

The attached document was also transmitted via U.S. Mail and hand delivery to the following:

Sharon Jenny Nunez-Sepulveda
8124 W. Whitton Avenue
Phoenix, Arizona 85033
*Non-Party Deponent*

                                */s/ Colette Averill*
                                Colette Averill