Ernest Calderón (# 007677)
April M. Hamilton (#026328)
RIDENOUR, HIENTON & LEWIS, P.L.L.C.
201 North Central Avenue, Suite 3300
Phoenix, Arizona  85004-1052
(602) 254-9900
ecalderon@rhlfirm.com
ahamilton@rhlfirm.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Gregory Martinez, Sr., an individual, on behalf of himself and the statutory beneficiaries of Gregory Martinez, Jr., deceased, and as personal representative of the Estate of Gregory Martinez, Jr.; Marisol Martinez, an individual; Gregory Martinez, Sr. and Marisol Martinez, parents and guardians ad litem for and on behalf of I.M., M.M., and L.M., their minor children,<br><br>        Plaintiffs,<br><br>vs.<br><br>City of Avondale, a municipality organized under the laws of the State of Arizona; Kevin Sapp, in his individual and official capacities as a police officer with the City of Avondale Police Department; Albert Bates, in his individual and official capacities as a police officer with the City of Avondale Police Department; Robert Clement, in his individual and official capacities as a police officer with the City of Avondale Police Department; Christopher Beckett, in his individual and official capacities as a police officer with the City of Avondale Police Department; Reginald Sayles, in his individual and official capacities as a police officer with the City of Avondale Police Department; Michael Unger, in his individual and official capacities as | No.  CV-12-1837-PHX-LOA<br><br>**SECOND JOINT STIPULATED MOTION TO CONTINUE DISCOVERY DEADLINE**<br><br>(Assigned to:  Hon. Lawrence O. Anderson) |

a police officer with the City of Avondale Police Department; Edward Toxqui, in his individual and official capacities as a police officer with the City of Avondale Police Department; Raymond Harris, in his individual and official capacities as a police officer with the City of Avondale Police Department,

Defendants.

The parties hereby agree and jointly request this Court continue the September 30, 2013 discovery deadline set in the June 3, 2013 Order for the sole purpose of deposing Sharon Jenny Nunez-Sepulveda. As outlined in Defendants' Motion for Contempt filed concurrently with this Joint Motion, pursuant to an August 7, 2013 subpoena served upon Ms. Nunez-Sepulveda, her deposition was originally scheduled for September 25, 2013. However, Ms. Nunez-Sepulveda did not appear for her scheduled deposition. In their Motion for Contempt, Defendants have asked the court to order Ms. Nunez-Sepulveda to comply with the subpoena and appear for a deposition.

In light of the foregoing, the parties hereby jointly stipulate and respectfully request that this Court extend the discovery deadline by one (1) month for the sole purpose of deposing Ms. Nunez-Sepulveda. The parties do not currently anticipate extending any other deadlines currently set in this matter.

RESPECTFULLY SUBMITTED this 7th day of October, 2013.

| RIDENOUR, HIENTON & LEWIS, P.L.L.C. | ROBBINS & CURTAIN, P.L.L.C. |
|---|---|
| By /s/ Ernest Calderón<br>Ernest Calderón<br>April M. Hamilton<br>Attorneys for Defendants | By /s/ Joel Robbins<br>Joel Robbins<br>Attorney for Plaintiffs |

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Joel B. Robbins
Anne E. Findling
ROBBINS & CURTIN, P.L.L.C.
301 E. Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
*Attorneys for Plaintiffs*


/s/ Colette Averill
Colette Averill