**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Gregory Martinez, Sr., an individual, on behalf of himself and the statutory beneficiaries of Gregory Martinez, Jr., deceased, and as personal representative of the Estate of Gregory Martinez, Jr.; Marisol Martinez, an individual; Gregory Martinez, Sr. and Marisol Martinez, parents and guardians ad litem for and on behalf of I.M., M.M., and L.M., their minor children,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>City of Avondale, a municipality organized under the laws of the State of Arizona; Kevin Sapp, in his individual and official capacities as a police officer with the City of Avondale Police Department; Albert Bates, in his individual and official capacities as a police officer with the City of Avondale Police Department; Robert Clement, in his individual and official capacities as a police officer with the City of Avondale Police Department; Christopher Beckett, in his individual and official capacities as a police officer with the City of Avondale Police Department; Reginald Sayles, in his individual and official capacities as a police officer with the City of Avondale Police Department; Michael Unger, in his individual and official capacities as a police officer with the City of | No.  CV-12-1837-PHX-LOA<br><br>**ORDER GRANTING SECOND JOINT STIPULATED MOTION TO CONTINUE DISCOVERY DEADLINE**<br><br>(Assigned to:  Hon. Lawrence O. Anderson) |

Avondale Police Department; Edward Toxqui, in his individual and official capacities as a police officer with the City of Avondale Police Department; Raymond Harris, in his individual and official capacities as a police officer with the City of Avondale Police Department,

        Defendants.

THE COURT HAVING CONSIDERED the Parties' Second Joint Stipulated Motion to Continue the Discovery Deadline and good cause appearing therefore,

IT IS HEREBY ORDERED that the discovery deadline is extended to November 7, 2013 for the sole purpose of deposing Sharon Jenny Nunez-Sepulveda.