IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gregory Martinez, Sr., etc.; et al, ) | No. CV-12-1837-PHX-LOA |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| City of Avondale, etc; et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Defendants' Affidavit, doc. 133, was not properly filed in text-searchable format per LRCiv 7.1(c), 5.5(b), and the definition of ".pdf," in the District Court's ECF Manual, at I(A), p. 2. The Court will strike the Affidavit without prejudice with leave to re-file.

The Ninth Circuit has "explain[ed], yet again, the importance of following [a district] court's local rules. 'District courts have broad discretion in interpreting and applying their local rules.'" *Simmons v. Navajo County*, 609 F.3d 1011, 1017 (9th Cir. 2010) (quoting *Miranda v. S. Pac. Transp. Co.*, 710 F.2d 516, 521 (9th Cir. 1983)). Local rules have "the force of law." *Hollingsworth v. Perry*, 558 U.S. 183, 191 (2010) (quoting *Weil v. Neary*, 278 U.S. 160, 169 (1929)). They "are binding upon the parties and upon the court, and a departure from local rules that affects substantial rights requires reversal." *Professional Programs Group v. Department of Commerce*, 29 F.3d 1349, 1353 (9th Cir. 1994) (internal quotation marks omitted).

Civil Local Rule 7.1(c) mandates that "[d]ocuments submitted for filing in the ECF System shall be in a Portable Document Format(PDF). Documents which exist only in paper

1 format shall be scanned into PDF for electronic filing. All other documents shall be
2 converted to PDF directly from a word processing program (e.g., Microsoft Word® or Corel
3 WordPerfect®), rather than created from the scanned image of a paper document." LRCiv
4 7.1(c). Compliance with the District Court's electronic filing format and the ECF Manual is
5 not a petty requirement. Improperly filing pleadings, motions, briefs or other documents in
6 non-text searchable format precludes judges, law clerks and adverse counsel from, among
7 others, highlighting a portion of a pleading or brief and copying it onto another document or
8 order. Thus, use of unauthorized formatting forces judges, law clerks and adverse counsel
9 to unnecessarily retype portions of a filed document to be quoted or referenced and causes
10 unnecessary delay in the creation of orders and responsive briefs. Compliance with LRCiv
11 7.1(c) and the ECF Manual for lawyers is not optional.

12 On the Court's own motion and because the Clerk of Court is not authorized to strike
13 a non-conforming filing, *see* Rule 5(d)(4), Fed.R.Civ.P.,

14 **IT IS ORDERED** that Defendants' Affidavit, doc. 133, is hereby **STRICKEN**
15 without prejudice.

16 **IT IS FURTHER ORDERED** that Defendants shall re-file Defendants' Affidavit
17 on or before **Friday, October 18, 2013**, which shall comply in all respects with this Order
18 and the District Court's Local Rules or Defendants' Motion for Contempt will be summarily
19 denied.  Counsel is directed re-file the Affidavit as follows. Use the Civil Event Category
20 entitled Other Filings, select Other Documents and then select Amended Doc.  Counsel is
21 granted leave to use this event for this circumstance, not withstanding the advisory on the
22 event (Amended Doc (NOT  Motion/Complaint/Cross/Counter/3rd Party Claim).

23 **IT IS FURTHER ORDERED** that, except as set forth herein, all pleadings, motions,
24 memoranda, or other filings in this case shall be created via personal computer with a word
25 processing application, e.g., Microsoft Word® or Corel WordPerfect®, then converted to
26 portable document format (.pdf). See, LRCiv 7.1(c) and definition of ".pdf", ECF Manual,
27 at I(A), p. 2. ("[E]lectronic documents must be converted to .pdf directly from a word
28 processing program (e.g., Microsoft Word® or Corel WordPerfect®) and must be text

1 searchable."). Such filings shall not be printed to paper and then scanned and saved as
2 portable document format (.pdf). Documents which exist only in paper form, like exhibits
3 or certain attachments to pleadings or briefings may, however, be scanned from a paper copy
4 and saved in a portable document format (.pdf).

Dated this 15th day of October, 2013.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge