1  Ernest Calderón (# 007677)
   April M. Hamilton (#026328)
2  RIDENOUR, HIENTON & LEWIS, P.L.L.C.
   201 North Central Avenue, Suite 3300
3  Phoenix, Arizona  85004-1052
   (602) 254-9900
4  ecalderon@rhlfirm.com
   ahamilton@rhlfirm.com
5  Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Gregory Martinez, Sr., an individual, on behalf of himself and the statutory beneficiaries of Gregory Martinez, Jr., deceased, and as personal representative of the Estate of Gregory Martinez, Jr.; Marisol Martinez, an individual; Gregory Martinez, Sr. and Marisol Martinez, parents and guardians ad litem for and on behalf of I.M., M.M., and L.M., their minor children,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Avondale, a municipality organized under the laws of the State of Arizona; Kevin Sapp, in his individual and official capacities as a police officer with the City of Avondale Police Department; Albert Bates, in his individual and official capacities as a police officer with the City of Avondale Police Department; Robert Clement, in his individual and official capacities as a police officer with the City of Avondale Police Department; Christopher Beckett, in his individual and official capacities as a police officer with the City of Avondale Police Department; Reginald Sayles, in his individual and official capacities as a police officer with the City of Avondale Police Department; Michael Unger, in his individual and official capacities as a police officer with the City of Avondale Police Department; Edward Toxqui, in his individual and official capacities as a police officer with the City of Avondale Police Department; Raymond Harris, in his individual and official capacities as a police officer with the City of Avondale Police Department,<br><br>Defendants. | No.  CV-12-1837-PHX-LOA<br><br>**AFFIDAVIT OF ERNEST CALDERÓN IN SUPPORT OF DEFENDANT'S MOTION FOR CONTEMPT**<br><br>(Assigned to:  Hon. Lawrence O. Anderson) |

Responsive to the Court's October 11, 2013 Text Only Order requesting additional attachments (Docket 132], Ernest Calderón makes his affidavit, as follows:

402295

1     I am an attorney in good standing with the State Bar of Arizona.

2     I am lead counsel for defendants in this matter.

3     A copy of the Subpoena to Testify at a Deposition in a Civil Action served on Sharon Jenny Nunez-Sepulveda August 7, 2013 is attached hereto as **Exhibit 1**.

5     The process server's affidavit of service is attached hereto as **Exhibit 2**.

6     We have confirmed that Ms. Nunez-Sepulveda has negotiated the witness fee check which was provided to her with the served subpoena. A copy is attached hereto as **Exhibit 3**.

8     A copy of the reporter's transcript of the deposition confirming Ms. Nunez-Sepulveda's non-appearance is attached hereto as **Exhibit 4**.

10     Upon information and belief, Ms. Nunez-Sepulveda may have been an eyewitness to the police shooting of the assailant which is the underlying basis for the lawsuit.

12     We have conferred with opposing counsel, who has been cooperative in trying to persuade Ms. Nunez-Sepulveda to attend.

14     Ms. Nunez-Sepulveda did not show up for her September 25, 2013 deposition and, therefore, we seek the Court's order.

RESPECTFULLY SUBMITTED October 14, 2013.

**RIDENOUR HIENTON & LEWIS**

*/s/ Ernest Calderón*
Ernest Calderón
April M. Hamilton

1  CERTIFICATE OF SERVICE

2      I hereby certify that on October 14, 2013, I electronically transmitted the attached
3  document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice
4  of Electronic Filing to the following CM/ECF registrants:

5
> Joel B. Robbins
> Anne E. Findling
6  ROBBINS & CURTIN, P.L.L.C.
> 301 E. Bethany Home Road, Suite B-100
7  Phoenix, Arizona 85012
> Attorneys for Plaintiffs
8

9      The attached document was also transmitted via U.S. Mail and hand delivery to the
10  following:

11
> Sharon Jenny Nunez-Sepulveda
> 8124 W. Whitton Avenue
12  Phoenix, Arizona 85033
> Non-Party Deponent
13

14
                                   /s/ Colette Averill
                                   Colette Averill
15

16

17

18

19

20

21

22

23

24

25

26

27

28

3