1  Ernest Calderón (# 007677)
   April M. Hamilton (#026328)
2  RIDENOUR, HIENTON & LEWIS, P.L.L.C.
   201 North Central Avenue, Suite 3300
3  Phoenix, Arizona  85004-1052
   (602) 254-9900
4  ecalderon@rhlfirm.com
   ahamilton@rhlfirm.com
5  Attorneys for Defendants

6              **UNITED STATES DISTRICT COURT**

7                  **DISTRICT OF ARIZONA**

8   Gregory Martinez, Sr., an individual, on behalf of       No.  CV-12-1837-PHX-LOA
    himself and the statutory beneficiaries of Gregory
9   Martinez,   Jr.,   deceased,   and   as   personal
    representative of the Estate of Gregory Martinez,        **AFFIDAVIT OF ERNEST**
10  Jr.; Marisol Martinez, an individual; Gregory            **CALDERÓN IN SUPPORT OF**
    Martinez, Sr. and Marisol Martinez, parents and          **DEFENDANT'S MOTION FOR**
11  guardians ad litem for and on behalf of I.M.,            **CONTEMPT**
    M.M., and L.M., their minor children,
12
                        Plaintiffs,
13  vs.                                                      (Assigned to:  Hon. Lawrence O.
                                                                     Anderson)
14  City of Avondale, a municipality organized under
    the laws of the State of Arizona; Kevin Sapp, in
15  his individual and official capacities as a police
    officer   with   the   City   of   Avondale   Police
16  Department; Albert Bates, in his individual and
    official capacities as a police officer with the City
17  of Avondale Police Department; Robert Clement,
    in his individual and official capacities as a police
18  officer   with   the   City   of   Avondale   Police
    Department; Christopher Beckett, in his individual
19  and official capacities as a police officer with the
    City of Avondale Police Department; Reginald
20  Sayles, in his individual and official capacities as a
    police officer with the City of Avondale Police
21  Department; Michael Unger, in his individual and
    official capacities as a police officer with the City
22  of Avondale Police Department; Edward Toxqui,
    in his individual and official capacities as a police
23  officer   with   the   City   of   Avondale   Police
    Department; Raymond Harris, in his individual
24  and official capacities as a police officer with the
    City of Avondale Police Department,
25
                        Defendants.
26

27      Responsive to the Court's October 11, 2013 Text Only Order requesting additional

28  attachments (Docket 132], Ernest Calderón makes his affidavit, as follows:

402295

1    I am an attorney in good standing with the State Bar of Arizona.

2    I am lead counsel for defendants in this matter.

3    A copy of the Subpoena to Testify at a Deposition in a Civil Action served on Sharon

4    Jenny Nunez-Sepulveda August 7, 2013 is attached hereto as **Exhibit 1**.

5    The process server's affidavit of service is attached hereto as **Exhibit 2**.

6    We have confirmed that Ms. Nunez-Sepulveda has negotiated the witness fee check

7    which was provided to her with the served subpoena. A copy is attached hereto as **Exhibit 3**.

8    A copy of the reporter's transcript of the deposition confirming Ms. Nunez-Sepulveda's

9    non-appearance is attached hereto as **Exhibit 4**.

10   Upon information and belief, Ms. Nunez-Sepulveda may have been an eyewitness to the

11   police shooting of the assailant which is the underlying basis for the lawsuit.

12   We have conferred with opposing counsel, who has been cooperative in trying to

13   persuade Ms. Nunez-Sepulveda to attend.

14   Ms. Nunez-Sepulveda did not show up for her September 25, 2013 deposition and,

15   therefore, we seek the Court's order.

16   RESPECTFULLY SUBMITTED October 15, 2013.

17   **RIDENOUR HIENTON & LEWIS**

18

19   _/s/ Ernest Calderón_
     Ernest Calderón
20   April M. Hamilton

21

22

23

24

25

26

27

28

1

CERTIFICATE OF SERVICE

2

I hereby certify that on October 15, 2013, I electronically transmitted the attached

3

document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice

4

of Electronic Filing to the following CM/ECF registrants:

5

Joel B. Robbins
Anne E. Findling

6

ROBBINS & CURTIN, P.L.L.C.
301 E. Bethany Home Road, Suite B-100

7

Phoenix, Arizona 85012
Attorneys for Plaintiffs

8

9

_/s/ Colette Averill_____
Colette Averill

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# Exhibit 1

AO 88A  (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| Gregory Martinez Sr., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.  CV12-1837-PHX-LOA |
| ) | |
| City of Avondale, et al. ) | (If the action is pending in another district, state where: |
| *Defendant* ) | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  Sharon Jenny Nunez-Sepulveda, 8124 W. Whitton Avenue, Phoenix, AZ 85033

☑ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Ridenour, Hienton & Lewis, P.L.L.C. | Date and Time: |
|---|---|
| 201 North Central Avenue, Suite 3300 Phoenix, Arizona 85004 | 09/25/2013 9:00 am |

The deposition will be recorded by this method:  _Court reporter, videotape, and/or digital disk._

☐ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  ___08/07/2013___

*CLERK OF COURT*

OR

_____     _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  ___Defendants___ , who issues or requests this subpoena, are:

Ernest Calderon and April M. Hamilton,  Ridenour, Hienton & Lewis, P.L.L.C., 201 North Central Avenue, Suite 3300, Phoenix, Arizona, 85004, (602) 2547-9900

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. CV12-1837-PHX-LOA

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Sharon Jenny Nunez-Sepulveda

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named individual as follows: _____

_____   on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____47.77_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                                *Server's signature*

                                             _____
                                                *Printed name and title*

                                             _____
                                                *Server's address*

Additional information regarding attempted service, etc:

AO 88A  (Rev.  06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

**(A)** *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;

**(ii)** requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

**(iv)** subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

**(i)** disclosing a trade secret or other confidential research, development, or commercial information;

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

**(iii)** a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

| April M. Hamilton<br>RIDENOUR HIENTON & LEWIS P.L.L.C.<br>201 N.Central Avenue  3300 Phoenix, AZ 85004 | NATIONWIDE<br>LEGAL EXPRESS<br>LLC |
|---|---|
| **CASE NUMBER: CV12-1837-PHX-LOA**<br><br>**GREGORY MARTINEZ, SR., et al. vs. CITY OF AVONDALE, et al.**<br><br>**HEARING DATE: 9/25/2013** | **SUMMARY OF SERVICE**<br>**JOB COMPLETE**<br>**93646**<br>**30 - HOT PROCESS** |
| **https://express.nationwideasap.com** | **COMPLETED BY**<br>**Ruben Herrera**<br>**8/7/2013  8:04 PM** |
| **COMPLETION NOTICE** | **Reference No.:**<br>**24604-0001** |

**DOCUMENTS SERVED:**

**SUBPOENA TO TESTIFY AT A DEPOSITION IN CIVIL ACTION; NOTICE OF VIDEOTAPED DEPOSITION OF SHARON NUNEZ; WITNESS FEE CHECK NO.: 003451 FOR $47.77;**

PARTY SERVED:  SHARON JENNY NUNEZ-SEPULVEDA

DATE & TIME OF SERVICE:  8/7/2013
8:04 PM

ADDRESS, CITY, AND STATE:  8124 W. WHITTON AVE
PHOENIX, AZ 85033

PHYSICAL DESCRIPTION:  Age: 24 yrs.        Weight: 105 lbs.        Hair: Black
Sex: Female        Height: 5'3"        Eyes:
Race: Hispanic

**MANNER OF SERVICE:**

Personal Service - By personally delivering copies to SHARON JENNY NUNEZ-SEPULVEDA.

## WWW.NATIONWIDEASAP.COM

**COURT FILINGS | INVESTIGATIONS | SERVICE OF PROCESS | COLLECTION SERVICES | REPROGRAPHICS**
**PDF/FAX FILINGS | ONLINE DOCUMENT REPOSITORY | ELECTRONIC COURT FIINGS | SERVICE OF PROCESS**

### NOT A PROOF OF SERVICE | SUMMARY OF SERVICE | NOT A PROOF OF SERVICE

Did you know you can check status, place orders, and look up costs online?
Visit our secure website at https://express.nationwideasap.com

| LOS ANGELES | 1609 James M Wood Blvd | (213) 249-9999 | FAX (213) 249-9990 |
|---|---|---|---|
| ORANGE CO. | 820 North Parton Street, Suite 203 | (714) 558-2400 | FAX (714) 558-2401 |
| SAN FRANCISCO | 859 Harrison Street, Suite A | (415) 351-0400 | FAX (415) 351-0400 |
| RIVERSIDE | 3631 Tenth Street, Suite 210 | (951) 275-0071 | FAX (951) 275-0074 |
| SAN DIEGO | 110 West C Street, Suite 915 | (619) 232-7500 | FAX (619) 232-7600 |
| SACRAMENTO | 1301 H Street, Suite 1 | (916) 443-4400 | FAX (916) 443-4401 |
| PHOENIX | 800 N. 1st Avenue | (602) 256-9700 | FAX (602) 256-9720 |
| TUCSON | 2 East Congress, Suite 410 | (520) 624-9700 | FAX (520) 624-9701 |
| LAS VEGAS | 325 South 3rd Street, Suite 24 | (702) 385-5444 | FAX (702) 385-1444 |

| | | | | |
|---|---|---|---|---|
| Attorney or Party without Attorney:<br>April M. Hamilton<br>RIDENOUR HIENTON & LEWIS P.L.L.C.<br>201 N.Central Avenue 3300<br>Phoenix, AZ 85004<br>TELEPHONE No.: (602) 254-9900 | | | | |
| Attorney for: Defendant | | Ref No. or File No.:<br>24604-0001 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>In UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA | | | | |
| Plaintiff: GREGORY MARTINEZ, SR., et al.<br>Defendant: CITY OF AVONDALE, et al. | | | | |

| | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: |
|---|---|---|---|---|
| **CERTIFICATE OF SERVICE** | 9/25/2013 | 9:00 AM | | CV12-1837-PHX-LOA |

At the time of service I was at least 18 years of age and authorized to serve process in this case.

I served copies of the SUBPOENA TO TESTIFY AT A DEPOSITION IN CIVIL ACTION; NOTICE OF VIDEOTAPED DEPOSITION OF SHARON NUNEZ; WITNESS FEE CHECK NO.: 003451 FOR $47.77

a. Party served        SHARON JENNY NUNEZ-SEPULVEDA
    Age: 24 yrs. Race: Hispanic Sex: Female Eyes:  Height: 5'3" Weight: 105 lbs. Hair: Black

Address where served: 8124 W. WHITTON AVE
                      PHOENIX, AZ 85033

5. I served the party
   a. I personally delivered the documents to the party or person authorized to
      receive service of process for the party (1) on: 8/7/2013    (2) at: 8:04 PM

Person who served papers:
NATIONWIDE Name: Ruben Herrera
    LEGAL   County of Maricopa,  8310             The fee for service was: $ 90.78
            800 North 1st Avenue
            Phoenix, AZ 85003
            (602) 256.9700
            www.nationwideasap.com

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

Date:  August 08, 2013

                                                    (Ruben Herrera)

93646

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# Exhibit 2

1    Ernest Calderón (# 007677)
    April M. Hamilton (#026328)
2    RIDENOUR, HIENTON & LEWIS, P.L.L.C.
    201 North Central Avenue, Suite 3300
3    Phoenix, Arizona 85004-1052
    (602) 254-9900
4    ecalderon@rhlfirm.com
    ahamilton@rhlfirm.com
5    Attorneys for Defendants

6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF ARIZONA**

8

| | |
|---|---|
| Gregory Martinez, Sr., an individual, on behalf of himself and the statutory beneficiaries of Gregory Martinez, Jr., deceased, and as personal representative of the Estate of Gregory Martinez, Jr.; Marisol Martinez, an individual; Gregory Martinez, Sr. and Marisol Martinez, parents and guardians ad litem for and on behalf of I.M., M.M., and L.M., their minor children,<br><br>        Plaintiffs,<br><br>vs.<br><br>City of Avondale, a municipality organized under the laws of the State of Arizona; Kevin Sapp, in his individual and official capacities as a police officer with the City of Avondale Police Department,<br><br>        Defendants. | No. CV-12-1837-PHX-LOA<br><br>**NOTICE OF VIDEOTAPED DEPOSITION OF SHARON NUNEZ**<br><br>(Assigned to:  Hon. Lawrence O. Anderson) |

      **YOU ARE HEREBY NOTIFED** that, pursuant to **Rules 26 and 30,** *Federal Rules of Civil Procedure*, the deposition will be taken upon oral examination of the persons whose names and addresses are stated below and videotaped at the time and place stated below before an officer authorized by law to administer oaths.  If the names

1  are not known, a general description sufficient to identify those persons or the particular

2  classes or groups to which those persons belong is given below.

3  **PERSONS TO BE EXAMINED:**          Sharon Jenny Nunez-Sepulveda
4                                        8124 W. Whitton Avenue
                                          Phoenix, AZ 85033
5
6  **DATE AND TIME OF DEPOSITION:**     **September 25, 2013 at 9:00 a.m.**

7  **PLACE OF DEPOSITION:**             Ridenour, Hienton & Lewis, P.L.L.C.
                                          201 North Central Avenue, Suite 3300
8                                        Phoenix, Arizona 85004

9          DATED this 7th day of August 2013.

10

11                                       RIDENOUR, HIENTON & LEWIS, P.L.L.C.

12
                                          By _/s/ April M. Hamilton_____
13                                             Ernest Calderón
                                               April M. Hamilton
14                                             Attorneys for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26
                                    –  2  –

1

## CERTIFICATE OF SERVICE

2   I hereby certify that on August 7, 2013, I electronically transmitted the attached

3   document to the Clerk's Office using the CM/ECF system for filing and transmittal of a

4   Notice of Electronic Filing to the following CM/ECF registrants:

5                                    Joel B. Robbins
6                             ROBBINS & CURTIN, P.L.L.C.
                           301 E. Bethany Home Road, Suite B-100
7                                 Phoenix, Arizona 85012

8
                                              /s/ Colette Averill
9                                            Colette Averill

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
                                      - 3 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# Exhibit 3



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Exhibit 4

- 9/25/2013

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Gregory Martinez, Sr., an individual, on behalf of himself and the statutory beneficiaries of Gregory Martinez, Jr., deceased, and as personal representative of the Estate of Gregory Martinez, Jr.; Marisol Martinez, an individual; Gregory Martinez, Sr. and Marisol Martinez, parents and guardians ad litem for and on behalf of I.M., M.M. and L.M., their minor children, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| | No. CV-12-1837-PHX-LOA |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| City of Avondale, a municipality organized under the laws of the State of Arizona; Kevin Sapp, in his individual and official capacities as a police officer with the City of Avondale Police Department, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

VIDEOTAPED TRANSCRIPT OF PROCEEDINGS

Phoenix, Arizona
September 25, 2013
9:43 a.m.

REPORTED BY:
Janice Gonzales, RPR, CRR
AZ Certified Court
Reporter No. 50844

Page 1

- 9/25/2013

```
 1          VIDEOTAPED TRANSCRIPT OF PROCEEDINGS

 2    commenced at 9:43 a.m. on September 25, 2013, at

 3    Ridenour, Hienton & Lewis, 201 North Central Avenue,

 4    Suite 3300, Phoenix, Arizona, 85004-1052, before

 5    Janice Gonzales, RPR, CRR, Arizona Certified Court

 6    Reporter No. 50844.

 7

 8                          * * *

 9

10    APPEARANCES:

11        For the Plaintiffs:

12            ROBBINS & CURTIN, P.L.L.C.
              By: John Curtin, Esq.
13            301 East Bethany Home Road
              Suite B-100
14            Phoenix, Arizona 85012
              (T) 602.285.0100 | (F) 602.265.0267
15

16        For the Defendants:

17            RIDENOUR, HIENTON & LEWIS
              By: Ernest Calderon, Esq.
18            By: April M. Hamilton, Esq.
              Chase Tower
18            201 North Central Avenue, Suite 3300
19            Phoenix, Arizona 85004-1052
              (T) 602.744.5786 | (F) 602.254.8670
20            ecalderon@rhlfirm.com

21        Also Present:

22            John T. Masterson, Esq.
              Jackie Ruggles, City of Avondale
23            Jim Law, Videographer

24

25
```

- 9/25/2013

```
 1              P R O C E E D I N G S
 2              THE VIDEOGRAPHER:  We are on the record.
 3    This is the first tape of the videotaped deposition
 4    of Sharon Nunez taken by the defendants in matter of
 5    CV-12-1837-PHX-LOA.  Style, Gregory Martinez, Sr., et
 6    al., Plaintiffs vs. City of Avondale, et al.,
 7    Defendants filed in the United States District Court,
 8    District of Arizona.
 9              Today is September 25th of the year 2013
10    at approximately 9:43 a.m.  Our location is 201 North
11    Central Avenue, Phoenix, Arizona.
12              Will counsels please state their name,
13    firm and whom they represent beginning with
14    plaintiffs' counsel, please.
15              MR. CURTIN:  John Curtin of Robbins &
16    Curtin, on behalf of the Martinez family.
17              MR. CALDERON:  Ernest Calderon and April
18    Hamilton on behalf of the City of Avondale and its
19    employees.  With us is Ms. Jackie Ruggles.  She is
20    with the City of Avondale.
21              MR. MASTERSON:  John Masterson.
22              THE VIDEOGRAPHER:  I understand we want
23    to put something on the record.  As the camera shows,
24    we have no witness to swear in.
25              MR. CALDERON:  Yes.  This is Ernest
```

- 9/25/2013

1   Calderon.  It is now 9:50 -- 9:47 and this deposition
2   was scheduled to begin at 9:00 a.m.  It's my
3   understanding Sharon Nunez was subpoenaed, and it's
4   my also understanding, Mr. Curtin, that your office
5   has tried to contact her to no avail, correct?
6          MR. CURTIN:  It is -- I don't have
7   personal knowledge of this, but I've been informed
8   that my office has called her and left several
9   messages without having them returned.
10         MR. CALDERON:  Yeah, and I'll state that
11  Mr. Robbins told me the same thing, that he was
12  trying to contact her.
13         So it's of my opinion, and if anybody
14  disagrees let me know, that this is a witness that is
15  uncooperative, and we've tried to reach her and given
16  her the benefit of the doubt.  Anybody -- Mr. Curtin,
17  do you disagree with that?
18         MR. CURTIN:  I have no reason to believe
19  otherwise.
20         MR. CALDERON:  Okay.  With that, then
21  we'll go ahead and recess this deposition with the
22  hope that we can persuade Ms. Nunez -- or the Court
23  can persuade Ms. Nunez to attend.
24         THE VIDEOGRAPHER:  We are going off the
25  record on September 25, 2013 at approximately 9:44

- 9/25/2013

1    a.m.

2         (The proceedings adjourned at 9:44 a.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Driver and Nix Court Reporters - (602) 266-6525
www.drivernix.com

- 9/25/2013

```
 1   STATE OF ARIZONA      )
     COUNTY OF MARICOPA    )
 2

 3                         CERTIFICATE

 4

 5            I, JANICE E. GONZALES, Certified Court

 6   Reporter for the State of Arizona, certify:

 7            That the foregoing proceeding was taken

 8   by me in shorthand and thereafter reduced to print by

 9   computer-aided transcription under my direction; that

10   the foregoing pages are a full, true, and accurate

11   transcript of all proceedings, to the best of my

12   skill and ability.

13            I FURTHER CERTIFY that I am in no way

14   related to nor employed by any of the parties hereto,

15   nor am I in any way interested in the outcome hereof.

16            DATED this 30th day of September, 2013.

17

18            _____
              Janice E. Gonzales, RPR, CRR
19            Certified Court Reporter No. 50844
              For the State of Arizona
20

21

22

23

24

25
```