Joel B. Robbins, Esq. (011065)
Anne E. Findling, Esq. (010871)
**ROBBINS & CURTIN, p.l.l.c.**
301 East Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
Tel: 602/285-0100
Fax: 602/265-0267
joel@robbinsandcurtin.com
anne@robbinsandcurtin.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Gregory Martinez, Sr., *et al*.<br><br>Plaintiffs,<br><br>vs.<br><br>City of Avondale, *et al.*,<br><br>Defendants. | Case No. CV-12-01837-PHX-LOA<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR CONTEMPT** |

Sharon Jenny Nunez-Sepulveda was an eye witness to the shooting of Gregory Martinez, Jr. The factual allegations set forth in Defendants' Motion are correct, however, Plaintiffs would urge the Court to use restraint in assessing financial penalties against an impoverished witness. Since the deposition was noticed, Ms. Nunez has returned at least one phone call and has indicated a willingness to appear at deposition. Plaintiffs are unable to assure the Court that she will actually attend, but any financial penalties should be contingent upon her failure to cooperate in the future.

**DATED**: October 16, 2013

**ROBBINS & CURTIN, p.l.l.c.**

By: /s/ Joel B. Robbins
Joel B. Robbins
*Attorney for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ernest Calderon, Esq.
April M. Hamilton, Esq.
**RIDENOUR, HIENTON & LEWIS, P.L.L.C.**
201 North Central, Suite 3300
Phoenix, Arizona 85004
*Attorneys for Defendants*

By: /s/ Julie W. Molera